Case 1:19-mj-00046-ADC Document 2 Filed 01/04/19 Page 1 of 6 FILED___ ENTERED
ZBS: 2019R00004                                                    LOGGED___ RECEIVED

JAN 0 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

19 - 0 0 46 ADC

| IN THE MATTER OF A CRIMINAL COMPLAINT AGAINST KING HOLDEN | Case No. _____ |
|---|---|

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Messick, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, depose and state as follows:

1. This Affidavit is submitted in support of a Criminal Complaint for King HOLDEN born on December 26, 1991, a/k/a "Acee" with FBI Number 48881HD9, of Baltimore, Maryland. As detailed below, there is probable cause to believe that HOLDEN violated 21 U.S.C. § 841(a), Distribution of Controlled and Dangerous Substances.

2. I am a duly sworn member of the ATF and have been so employed since 2016. I am currently assigned to ATF Baltimore Field Division, Baltimore VI Field Office in Baltimore, Maryland. Thus, I am an "investigative or law enforcement officer . . . of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint. The information contained in this Affidavit is based upon my review of reports and documents, physical surveillances, observations, interviews and investigative activity by myself and other law enforcement officers.

4. Since January of 2018, the ATF has been investigating a violent narcotics trafficking organization that operates in the 5100 block of Park Heights Avenue in Baltimore, Maryland and the surrounding areas. Based on evidence gathered to date, including information from confidential sources, observations of law enforcement officers, and controlled purchases of

"crack" cocaine, investigators believe that members of the drug trafficking organization (DTO) are responsible for trafficking cocaine base in Northwest Baltimore City. The investigation has led to the identification of King HOLDEN a/k/a "Acee" as a member of the DTO. During the course of the investigation, as described in detail below, HOLDEN sold controlled dangerous substances to confidential informant on six separate occasions. The evidence obtained from the investigation to date demonstrates that HOLDEN has possessed and distributed controlled and dangerous substances, to wit, cocaine base (crack), in violation of 21 U.S.C. § 841(a).

5.  Specifically, on May 22, 2018, members from ATF conducted a controlled purchase of cocaine base (crack) from an individual later identified as HOLDEN near Park Heights Avenue in Baltimore, Maryland. In said controlled purchase, ATF utilized a confidential informant ("CI 7816"). CI 7816 is a paid informant who has provided reliable information to law enforcement in the past. Additionally, in this investigation, the information provided by CI 7816 has been corroborated by law enforcement through physical surveillance, video surveillance, and the review of said controlled purchase recordings.

6.  Prior to the controlled purchase, CI 7816 was given video and audio recording devices and provided with one hundred and ten dollars ($110.00) of ATF Agent Cashier Funds. During the operation, CI 7816 approached an unidentified black male who told CI 7816 that he went by "Acee." CI 7816 told "" that he/she wanted "60 girl." "Girl" is a street term used to refer to cocaine. "Acee" handed CI 7816 twelve (12) blue jugs containing cocaine base (crack). CI 7816 handed "Acee" sixty dollars ($60.00) in ATF Agent Cashier Funds in exchange for the drugs. "Acee" told CI 7816 that his telephone number was (443) 768-1674 (Telephone 1). I have reviewed laboratory analysis reports from the suspected cocaine base (crack) purchased from HOLDEN, and reports showed positive results for cocaine base (crack).

7. Thereafter, ATF began an investigation into Telephone 1. Through that investigation, I determined that HOLDEN was interviewed by homicide detectives from the Baltimore Police Department (BPD) in February of 2018, and HOLDEN provided BPD with the same number as Telephone 1 as his phone number. Thus, I concluded that Telephone 1 belonged to HOLDEN and that "Acee" was in fact HOLDEN.

8. On June 20, 2018, members of ATF again utilized CI 7816 for a controlled purchase of cocaine base (crack) from HOLDEN. Prior to the operation, CI 7816 was given audio/video recording devices and provided with one hundred dollars ($100.00) of ATF Agent Cashier funds. HOLDEN and an unidentified female approached CI 7816 near the 3200 block of Paton Avenue, Baltimore, Maryland. HOLDEN handed CI 7816 eleven (11) clear jugs of cocaine base (crack). In exchange, ATF CI 7816 handed HOLDEN one hundred dollars ($100.00) of ATF Agent Cashier funds. The cocaine base (crack) was submitted to the BPD's laboratory and a subsequent analysis provided positive results for cocaine base (crack).

9. On July 27, 2018, members of ATF utilized CI 7816 for another controlled purchase of cocaine base (crack) from HOLDEN. Prior to the operation, CI 7816 was given audio/video recording devices and provided with two hundred dollars ($200.00) of ATF Agent Cashier funds. HOLDEN approached CI 7816 on Park Heights Avenue and asked CI 7816, "are you good?" CI 7816 told HOLDEN, "I need 200." Investigators know "200" was referring to two hundred dollars worth of cocaine base. HOLDEN told CI 7816, "do you got 5 minutes to spare?" HOLDEN told CI 7816 that a "friend" went to pick up the cocaine base (crack).

10. Minutes later, a gray Infiniti Sedan bearing Maryland tag number 7DG2060 ("vehicle 1") parked on Belvedere Avenue near HOLDEN and CI 7816. HOLDEN entered the front passenger side door of vehicle 1. Moments later, HOLDEN exited vehicle 1 and handed CI 7816

a clear zip lock bag containing nine (9) yellow jugs and four (4) pink jugs of suspected cocaine base (crack). In exchange, CI 7816 handed HOLDEN two hundred dollars ($200.00) in ATF Agent Cashier funds. The cocaine base (crack) was submitted to the BPD's laboratory and a subsequent analysis provided positive results for cocaine base (crack).

11. On August 3, 2018, members of ATF utilized CI 7816 for another controlled purchase of cocaine base (crack) from HOLDEN. Prior to the operation, CI 7816 was given audio/video recording devices and provided with two hundred dollars ($200.00) of ATF Agent Cashier funds. CI 7816 contacted HOLDEN via Telephone 1 and told HOLDEN that he/she wanted "2." Investigators know "2" refers to two hundred dollars ($200.00) worth of cocaine base (crack). Minutes later, HOLDEN approached CI 7816 near Park Heights Avenue in Baltimore, MD. HOLDEN handed CI 7816 a black plastic bag containing twenty-four (24) jugs of suspected cocaine base (crack). In exchange, CI 7816 handed HOLDEN two hundred dollars ($200.00) of ATF Agent Cashier funds. The cocaine base (crack) was submitted to the BPD laboratory and a subsequent analysis provided positive results for cocaine base (crack).

12. On August 23, 2018, members of ATF again utilized CI 7816 for a controlled purchase of cocaine base (crack) from HOLDEN. Prior to the operation, CI 7816 was given audio/video recording devices and provided with three hundred dollars ($300.00) of ATF Agent Cashier funds. HOLDEN approached CI 7816 near Park Heights Avenue and Belvedere Avenue in Baltimore, MD. HOLDEN handed CI 7816 three (3) blue jugs and thirteen (13) clear jugs of suspected cocaine base (crack). In exchange, CI 7816 handed HOLDEN three hundred dollars ($300.00) of ATF Agent Cashier funds. The cocaine base (crack) was submitted to the BPD's laboratory and a subsequent analysis provided positive results for cocaine base (crack).

13. On October 11, 2018, members of ATF utilized CI 7816 for a controlled purchase of

cocaine base (crack) from HOLDEN. Prior to the operation, CI 7816 was given audio/video recording devices and provided with four hundred and twenty dollars ($420.00) of ATF Agent Cashier funds. HOLDEN, while riding a bicycle, approached CI 7816 near Park Heights Avenue in Baltimore, MD. HOLDEN handed CI 7816 a blue pill bottle containing one (1) purple glass vial, eleven (11) pink jugs, and nine (9) purple jugs of suspected cocaine base (crack). In exchange, CI 7816 handed HOLDEN United States Currency. The cocaine base (crack) was submitted to the BPD's laboratory and a subsequent analysis provided positive results for cocaine base (crack).

14. Lastly, On December 19, 2018, I learned that HOLDEN was arrested by members of the BPD for possession of a firearm and drug trafficking charges. Task Force Officer (TFO) Hopson and I interviewed HOLDEN at BPD's Northwest District located in Baltimore, MD.. Prior to questioning, HOLDEN was read his *Miranda* warnings. HOLDEN acknowledged his rights and spoke to investigators. HOLDEN told investigators, in substance, that he has been selling drugs in order to support himself and his children.

15. HOLDEN told investigators that his telephone number was (443) 560-2726 (Telephone 2). HOLDEN told investigators that he had another telephone but "lost it." HOLDEN told investigators that the "lost" telephone was Telephone 1.

16. As a result of the above described information, there is probable cause to believe that HOLDEN committed the crimes of 21 U.S.C. § 841(a), Distribution of Controlled and Dangerous Substances.

17. WHEREFORE, I respectfully request that the Court authorize the attached Criminal Complaint.

_____
Special Agent John Messick
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this 4th day of January, 2019

_____
Hon. A. David Copperthite
United States Magistrate Judge